


RRR/EBP: USAO2019R00877

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC 20cr78 |
| | * | |
| MARCUS GRAY and | * | (Engaging in the Business of Dealing in |
| ART J. VINCENT, JR., | * | Firearms without a License, 18 U.S.C. |
| | * | § 922(a)(1)(A); Aiding and Abetting, 18 |
| Defendants | * | U.S.C. § 2; Forfeiture, 18 U.S.C. |
| | * | § 924(d), 21 U.S.C. § 853(p), 28 U.S.C. |
| | * | § 2461(c)) |
| | * | |

******

## INDICTMENT

### COUNT ONE
(Engaging in the Business of Dealing in Firearms without a License)

The Grand Jury for the District of Maryland charges that:

On or about November 1, 2019, in the District of Maryland, the defendants,

**MARCUS GRAY and**
**ART J. VINCENT, JR.,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in the event of the defendants' conviction under Count One of this Indictment.

### Firearm and Ammunition Forfeiture

2. Upon conviction of the offense set forth in Count One, the defendants,

**MARCUS GRAY and**
**ART J. VINCENT, JR.,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

                                                Robert K. Hur /pp
                                                Robert K. Hur
                                                United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

                                                Date: February 26, 2020